# IN THE SUPREME COURT OF PENNSYLVANIA
## MIDDLE DISTRICT

| | |
|---|---|
| JOHN M. PERGOLESE AND PEGGY DOUD PERGOLESE | : No. 324 MAL 2017 |
| | : |
| | : Petition for Allowance of Appeal from |
| v. | : the Order of the Superior Court |
| | : |
| THE STANDARD FIRE INSURANCE CO., ONE OF THE TRAVELERS INSURANCE COMPANIES D/B/A TRAVELERS PROPERTY CASUALTY AND TRAVELERS GROUP | : |
| | : |
| | : |
| | : |
| | : |
| | : |
| | : |
| PETITION OF: THE STANDARD FIRE INSURANCE CO. | : |
| | : |
| | : |
| | : |

## <u>ORDER</u>

**PER CURIAM**

 **AND NOW**, this 4th day of October, 2017, the Petition for Allowance of Appeal is **DENIED**.